479 A.2d 1129

Revak v. Calesnick, Appellants.

Argued April 25, 1984. Milton A. Calesnick, appellant, in propria persona; Susan I. Schulman, for appellee.

Before McEWEN, BECK and CERCONE, JJ.

The order of the learned Philadelphia County Common Pleas Court Judge Armand Della Porta and the judgment entered thereafter are affirmed.